18437.   LEVERETT *v.* LOUISVILLE & NASHVILLE
RAILROAD COMPANY.

DECIDED APRIL 14, 1928.

*Mozley & Gann, H. B. Moss,* for plaintiff.

*Tye, Peeples & Tye, Morris, Hawkins & Wallace,* for defendant.

BELL, J. The petition failed to set forth a cause of action, and the general demurrer was properly sustained,—not necessarily upon the ground that the petition failed to show negligence on the part of the railroad company, but because it affirmatively appeared that the decedent was guilty of such negligence as to bar a recovery for his death, where it was not caused by any wilful or wanton act on the part of the company. *A. C. L. Ry. Co.* v. *Fulford,* 33 *Ga. App.* 631 (127 S. E. 812) ; *A. C. L. Ry. Co.* v. *Fulford,* 159 *Ga.* 812 (127 S. E. 274) ; *Lowe* v. *Payne,* 156 *Ga.* 312 (118 S. E. 924) ; *Central of Ga. R. Co.* v. *Tapley,* 145 *Ga.* 792 (89 S. E. 84) ; *Moore* v. *So. Ry. Co.,* 136 *Ga.* 872 (72 S. E. 403) ; *So. Ry. Co.* v. *Davis,* 132 *Ga.* 812 (65 S. E. 131) ; *So. Ry. Co.* v. *Hogan,* 131 *Ga.* 157 (62 S. E. 64) ; *W. & A. R. Co.* v. *Ferguson,* 113 *Ga.* 708 (39 S. E. 306, 54 L. R. A. 802) ; *Peeples* v. *L. & N. R. Co.,* 37 *Ga. App.* 87 (139 S. E. 85) ; *Reese* v. *So. Ry. Co.,* 35 *Ga. App.* 369 (1 a) (133 S. E. 284) ; *Henson* v. *L. & N. R. Co.,* 34 *Ga. App.* 421 (129 S. E. 907) ; *Bugg* v. *Knowles,* 33 *Ga. App.* 710 (127 S. E. 814) ; *Young* v. *So. Ga. Ry. Co.,* 34 *Ga. App.* 537 (130 S. E. 542) ; *Moore* v. *Seaboard Ry. Co.,* 30 *Ga. App.* 466 (118 S. E. 471) ; *Western Union Tel. Co.* v. *Spencer,* 24 *Ga. App.* 471 (101 S. E. 198).

*Judgment affirmed. Jenkins, P. J., and Stephens. J., concur.*